IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM M. LUCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-455-WKW |
| ) | [WO] |
| GUS B. THAMES, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 6, 2020, the Magistrate Judge filed a Recommendation (Doc. # 4) to which Plaintiff filed a timely objection on July 18, 2020 (Doc. # 6). Upon a *de novo* review of the record, it is ORDERED that:

(1) Plaintiff's objection (Doc. # 6) is OVERRULED;

(2) The Recommendation (Doc. # 4) is ADOPTED;

(3) This action is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a).

DONE this 10th day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE